# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04 10075 NG

Plaintiff:
**WILLIAM FREEMAN**

vs.

Defendant:
**TREMONT HEALTH SERVICES, INC. and ANDREW MITCHELL**

For:
Paul F. Kelly, Esq.
Segal Roitman & Coleman
Suite 500
11 Beacon Street
Boston, MA  02108-3085

Received by PA STATE CONSTABLES OFFICE-NEW HOPE on the 17th day of January, 2004 at 2:00 pm to be served on **ANDREW MITCHELL  1001 OVERBROOK ROAD, GREENVILLE, NEW CASTLE COUNTY, DELAWARE 19807-2235**.

I, Constable Joseph J. Knox, Jr., being duly sworn, depose and say that on the **25th day of January, 2004 at 4:38 pm, I:**

**Individually Served** the within named person with a true and correct copy of the **SUMMONS & COMPLAINT** issued in the above captioned case on the date and at the local time and place indicated above.

**Additional Information pertaining to this Service:**
1/25/2004  4:38 pm   Andrew Mitchell signed acknowledgement of receipt at time of service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Richard E. Sweeney, Notary Public
New Hope Boro, Bucks County
My Commission Expires Nov. 19, 2007

Member, Pennsylvania Association Of Notaries

COUNTY OF BUCKS
COMMONWEALTH OF PENNSYLVANIA  ss:
UNITED STATES OF AMERICA

Signed & subscribed tobefore me on the 25th day of January, 2004 by the within named PA State Constable who is personally known to me.

Richard E. Sweeney
Notary Public of Pennsylvania

Constable Joseph J. Knox, Jr.
PA State Constable #2406

PA STATE CONSTABLES OFFICE-NEW HOPE
55 South Sugan Road
P.O. Box 148
New Hope, PA  18938-0148
(215) 862-0110
Our Job Serial Number: 2004000010
Ref: William Freeman
Service Fee: $125.00

Case Number: 04 10075 NG
Plaintiff
WILLIAM FREEMAN

Defendant
TREMONT HEALTH SERVICES, INC. and

Type of Writ: **SUMMONS & COMPLAINT**

Client: Paul F. Kelly, Esq.
Firm: Segal Roitman & Coleman
Contact: Judith A. Santo
Phone: (617) 742-0280    Fax: (617) 742-2187
Client Reference Number: William Freeman

_____
acknowledge receipt of the documents listed above
from the Constable.

X_____
Signature of Recipient

_____        1/25/2004
Title/ Designation              Today's Date

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

