UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM FREEMAN,
   Plaintiff

v.

TREMONT HEALTH SERVICES, INC.
and ANDREW MITCHELL
   Defendants

Civil Action No.
04-10075-NG

## NOTICE OF DISMISSAL

Plaintiff William Freeman dismisses the complaint against defendant Andrew Mitchell without prejudice pursuant to Rule 41(a)(1), F.R.Civ.P.

_____
Paul F. Kelly, Esq.
BBO#267000
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Dated: March 1, 2004