# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

\* Also Admitted to the
 New Hampshire Bar

\*\* Also Admitted to
 the California Bar

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

March 17, 2004

Maryellen Molloy, Courtroom Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite #4130
Fan Pier
One Courthouse Way
Boston, MA 02210

Re:  **William Freeman v. Tremont Health Services, Inc.
     and Andrew Mitchell
     Case No. 04 10075 NG**

Dear Ms. Molloy:

Please note the default of defendant Tremont Health Services, Inc. As demonstrated by the Affidavit of Service of Constable Knox, Tremont Health Services was served with the summons and complaint on January 25, 2004.

Tremont has neither answered nor otherwise appeared in the action. Please enter Tremont's default pursuant to Rule 55(a). Thank you.

Very truly yours,

Paul F. Kelly

PFK/jas
cc: William Freeman
PFK/Freeman/Molloy2.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187