# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREEMAN** | |
| **Plaintiff** | **Civil Action** |
| **V.** | **No. 04-10075-NG** |
| **TREMONT HEALTH SERVICES, INC.** | |
| **Defendant** | |

## O R D E R

Hon. Nancy Gertner, D.J.

Pursuant to the provisions of Rule 40.1(G) of the Local Rules, the above-entitled case is hereby transferred to Judge Richard G. Stearns of this court for all further proceedings.

By The Court,

/s/ Jennifer Filo
Deputy Clerk

Date: September 24, 2004

Copies to:        Counsel, RGS

(Freeman04-10075TransferOrder.wpd - 7/99)