**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.   04cv10075

Title:   FREEMAN v. TREMONT HEALTH SERVICES, INC.

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge  Gertner  has been reassigned to Judge  Stearns  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials RGS.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Jennifer Filo
Deputy Clerk

Date:  9/24/2004

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                              [ntccsasgn.]