UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM FREEMAN,** )<br>Plaintiff )<br> )<br>v. )<br> )<br>**TREMONT HEALTH SERVICES, INC.** )<br>and **ANDREW MITCHELL** )<br>Defendants )<br> ) | Civil Action No.<br>04-10075-NG  |

### DEFAULT JUDGMENT

Defendant Tremont Health Services, Inc. having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and affidavit demonstrating that defendant owes plaintiff the sum of $144, 716.41; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs (filing fee $150. and service of process $250.) in the sum of $400.00, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff William Freeman recover from the defendant Tremont Health Services, Inc. the sum of $145,116.41 with interest as provided by law.

Dated 10/4/04